FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>Giraldo Bueno Magana,<br>                              Defendant. | Case No.: SA 12-353-M<br><br>ORDER OF DETENTION |

## I.

A.    ( )    On motion of the Government in a case allegedly involving:

  1.    ( )    a crime of violence.

  2.    ( )    an offense with maximum sentence of life imprisonment or death.

  3.    ( )    a narcotics or controlled substance offense with maximum sentence of ten or more years.

  4.    ( )    any felony - where defendant convicted of two or more prior offenses described above.

  5.    ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.   (✗)   On motion by the Government/( ) on Court's own motion, in a case allegedly involving:

( ✗ )   On the further allegation by the Government of:

    1.   (✗)   a serious risk that the defendant will flee.

    2.   ( )   a serious risk that the defendant will:

        a.   ( )   obstruct or attempt to obstruct justice.

        b.   ( )   threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.   The Government ( ) is/(✗) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A.   (✗)   The Court finds that no condition or combination of conditions will reasonably assure:

    1.   (✗)   the appearance of the defendant as required.

        (✗)   and/or

    2.   (✗)   the safety of any person or the community.

B.   ( )   The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A.   (✗)   the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.   (✗)   the weight of evidence against the defendant;

1  C.  (✘)  the history and characteristics of the defendant; and

2  D.  (✘)  the nature and seriousness of the danger to any person or the community.

3

4                                    **IV.**

5         The Court also has considered all the evidence adduced at the hearing and the

6  arguments  and/or  statements  of  counsel,  and  the  Pretrial  Services

7  Report/recommendation.

8

9                                    **V.**

10        The Court bases the foregoing finding(s) on the following:

11  A.  (✗)  As to flight risk:

12              undocumented alien status

13              unknown bail resources + background info

14              seven prior deportations

15              numerous probation violations

16              exceedingly large # of personal identifiers used

17              prior failure to appear conviction

18

19

20

21  B.  (✗)  As to danger:

22              lengthy criminal history

23

24

25

26

27

28

**VI.**

1

2  A.  ( )  The Court finds that a serious risk exists the defendant will:

3                  1.  ( )  obstruct or attempt to obstruct justice.

4                  2.  ( )  attempt to/ ( ) threaten, injure or intimidate a witness or juror.

5  B.  The Court bases the foregoing finding(s) on the following:

6  _____

7  _____

8  _____

9

**VII.**

10

11  A.  IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

12  B.  IT IS FURTHER ORDERED that the defendant be committed to the custody of the

13       Attorney General for confinement in a corrections facility separate, to the extent

14       practicable, from persons awaiting or serving sentences or being held in custody

15       pending appeal.

16  C.  IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity

17       for private consultation with counsel.

18  D.  IT IS FURTHER ORDERED that, on order of a Court of the United States or on

19       request of any attorney for the Government, the person in charge of the corrections

20       facility in which defendant is confined deliver the defendant to a United States

21       marshal for the purpose of an appearance in connection with a court proceeding.

22

23

24  DATED: __7/20/12__

                                       JEAN ROSENBLUTH

25                                         U.S. MAGISTRATE JUDGE

26

27

28

Page 4 of 4